GENERAL REFRACTORIES COMPANY, Appellant,

v.

Ralph BOCOOK et al., Appellees.

Court of Appeals of Kentucky.

Nov. 15, 1974.

Howard VanAntwerp, III, Caldwell, VanAntwerp, Welch & Hughes, Ashland, for appellant.

Alvin B. Trigg, Lexington, Thomas Ferreri, Department of Labor, Louisville, for appellees.

Memorandum Opinion by Justice PALMORE, Affirming.*